# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXI SANTIO DELMORAL, | : | CIVIL ACTION NO. 3:18-cv-0018 |
| | : | |
| Petitioner | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| MARK GARMAN, THE ATTORNEY | : | |
| GENERAL OF THE STATE OF | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this 28th day of November 2018, upon consideration of the issue of the timeliness of the petition for writ of habeas corpus, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DEEMED timely.

2. Within twenty-one (21) days of the date of this order, Respondent shall answer the allegations in the petition for writ of habeas corpus in the manner required by Rule 5 of the Rules Governing § 2254 Cases in the United States Courts, and attach pertinent portions of the state court record. See R. GOVERNING § 2254 CASES R. 1(b), 5(b)-(d) (explaining required contents of answer and supporting materials).

3. Respondent shall file a memorandum of law in support of the answer.

4. The memorandum of law shall contain the relevant facts and procedural history of the case, a recommended disposition of the petition, and citations to the state court record and pertinent case law.

5. Petitioner shall be permitted to file, within fourteen (14) days of the date on which the answer is filed, a reply to the answer. See R. GOVERNING § 2254 CASES R. 1(b), 5 (e).

6. The Court will decide whether to hold a hearing on the basis of the petition, Respondents' answer, and, if filed, Petitioner's reply.

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**