# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXI SANTO DELMORAL, | No. 3:18-CV-0018 |
| Petitioner, | (Judge Brann) |
| v. | |
| JOHN WETZEL, *et al.*, | |
| Respondents. | |

## ORDER

**APRIL 3, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1, is **DENIED**;

2. There is no basis for the issuance of a certificate of appealability, s*ee* 28 U.S.C. § 2253(c)(2); and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge